# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152259

IN RE RICHARD B. HALLORAN, JUDGE
3RD JUDICIAL CIRCUIT COURT

SC: 152259
JTC Formal Complaint 97

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, this matter is hereby CLOSED given the Judicial Tenure Commission's January 11, 2016 order of dismissal of Formal Complaint No. 97.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2016



Clerk